IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO NUNN,<br><br>              Plaintiff,<br><br>vs.<br><br>DILLON AUTO SALES, INC.,<br><br>              Defendant. | 4:14CV3220<br><br>**ORDER** |

IT IS ORDERED:

1)      The plaintiff's motion to compel, (Filing No. 22), is granted;

2)      Provided the plaintiff has paid the required search and cost per page fees for the requested records, on or before May 20, 2015, the Nebraska Department of Labor shall produce to plaintiff's counsel the documents and items referenced in the Amended Subpoena, a copy of which is attached as Exhibit 1.

3)      The clerk shall mail a copy of this order to counsel for the Nebraska Department of Labor, Thomas A. Ukinski, P.O. Box 94600, Lincoln, NE 68509-4600.

April 29, 2015.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| LORENZO NUNN, <br> *Plaintiff* <br> v. <br> DILLON AUTO SALES, INC., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:14-CV-3220 <br> ) <br> ) <br> ) |

**AMENDED**

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: John Albin, Nebraska Workforce Development, Department of Labor, Office of Unemployment Insurance Services, PO Box 95200, Lincoln, NE 68509-5200

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all dcouments/recordings contained within Plaintiff's unemployment file, filed by either party. Counsel for Defendant has waived the statutory notice. Plaintiff's SSN is: ▓▓▓7666; Defendant's Employer No. is: 0316027001

| Place: Please contact my office when the file is ready; my office will pay costs for these records once advised of the amount. | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/06/2015

*CLERK OF COURT*

_____     OR     *Elizabeth Govaerts* /s/
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Lorenzo Nunn , who issues or requests this subpoena, are:

Kathleen M. Neary, 411 South 13th Street, Suite 300, Lincoln, NE 68508; Kathleen@vpowerslaw.com; 402-474-8000

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PLAINTIFF'S EXHIBIT 1**

7010                                                                    889