IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO NUNN,<br><br>            Plaintiff,<br><br>vs.<br><br>DILLON AUTO SALES, INC.,<br><br>            Defendant. | 4:14CV3220<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)     This case is stayed pending further order of the court.

2)     The plaintiff's motion to continue the progression order deadlines, (Filing No. 19), is denied without prejudice to re-filing after the stay is lifted.

3)     A telephonic conference before the undersigned magistrate judge will be held on June 10, 2015 at 10:00 a.m. to discuss the further progression of this case. Counsel for plaintiff shall place the call.

April 29, 2015.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge