IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LORENZO NUNN,

        Plaintiff,

vs.

DILLON AUTO SALES, INC.,

        Defendant.

4:14CV3220

**ORDER**

IT IS ORDERED:

1) The motion to withdraw filed by Kathleen M. Neary and the law firm of Vincent M. Powers & Associates, as counsel of record for Plaintiff (filing no. 30), is granted.

2) On or before September 3, 2015, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiff's claims without further notice.

3) The clerk shall mail a copy of this order to Plaintiff at:

    Lorenzo Nunn
    1832 Hartley Street
    Lincoln, NE 68521

August 13, 2015.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge