IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO NUNN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DILLON AUTO SALES, INC.,<br><br>　　　　　　Defendant. | 4:14CV3220<br><br>**AMENDED PROGRESSION ORDER** |

On December 10, 2015 Parties filed a Joint Proposal for Second Amended Progression Order. (Filing No. 37). Accordingly,

IT IS ORDERED that the second amended progression order is as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 18, 2016, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 5, 2016 at **1:00 p.m.** The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 1, 2016.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 18, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 1, 2016.

4) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), and deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P.

[26(a)(2)(C)](#)), are:

  For the plaintiff(s):    December 28, 2015.

  For the defendant(s):    January 29, 2016.

5)  The deposition deadline is April 1, 2016.

6)  The deadline for filing motions to dismiss and motions for summary judgment is April 15, 2016.

7)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds will be filed within **15 days of receipt of the expert report** or:

  For the defendant(s):    January 12, 2016.

  For the plaintiff(s):    February 15, 2016.

8)  Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

9)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 11th day of December, 2015

          BY THE COURT:

          *s/ Cheryl R. Zwart*
          United States Magistrate Judge