IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO NUNN,<br><br>                Plaintiff,<br><br>vs.<br><br>DILLON AUTO SALES, INC.,<br><br>                Defendant. | 4:14-CV-3220<br><br>ORDER |

      The Court, having concluded that this case holds the potential for amicable settlement, is persuaded that mediation might bring the parties closer to the same conclusion. Accordingly, the Court will order the parties to engage in a settlement conference mediated by Judge Zwart.

      IT IS ORDERED that the parties shall contact Judge Zwart's chambers before the close of business today to schedule a settlement conference.

      Dated this 8th day of July, 2016.

                                                      BY THE COURT:

                                                      John M. Gerrard
                                                      United States District Judge