IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LORENZO NUNN,<br><br>    Plaintiff,<br><br>vs.<br><br>DILLON AUTO SALES, INC.,<br><br>    Defendant. | 4:14-CV-3220<br><br>JUDGMENT |

  Upon the parties' joint stipulation of dismissal with prejudice (filing 62), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

  Dated this 2nd day of August, 2016.

              BY THE COURT:

              _____
              John M. Gerrard